UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 03 B 51945
MARY KAY LONGWELL
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
    SSN XXX-XX-9967


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 12/30/03 and confirmed on 02/23/04.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  17643.00 .

    4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AFSA DATA CORP | UNSECURED | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 333.55 | .00 | 118.05 |
| ROUNDUP FUNDING LLC | UNSECURED | 5194.34 | .00 | 1838.38 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4525.71 | .00 | 1601.74 |
| PEOPLES BANK | UNSECURED | 2909.42 | .00 | 1029.70 |
| CAVALRY INVESTMENTS LLC | UNSECURED | 426.27 | .00 | 150.87 |
| BECKET & LEE LLP | UNSECURED | 9176.14 | .00 | 3247.62 |
| WEINSTEIN & RILEY PS | UNSECURED | 8922.06 | .00 | 3157.69 |
| DISCOVER BANK | UNSECURED | 3656.02 | .00 | 1293.94 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 7259.29 | .00 | 2569.21 |

          Summary of disbursements:
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 42402.80 | .00 | 42402.80 |
| PRINCIPAL PAID | .00 | .00 | 15007.20 | .00 | 15007.20 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 15007.20 | .00 | 15007.20 |

The Debtor's attorney, BRADLEY COVEY                 , was allowed $  2200.00
and was paid $   406.00  direct and $  1794.00  through the plan.

The Trustee received $    841.80 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 03/18/09
/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 03 B 51945 MARY KAY LONGWELL